```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

PATRICIA PETEREIT, Personal      )
Representative of the Estate     )
of DENNIS PETEREIT, Deceased,    )
                                 )
                Plaintiff,       )          4:07CV3162
                                 )
        v.                       )
                                 )
FEDERAL INSURANCE COMPANY, an    )         MEMORANDUM AND ORDER
Indiana Corporation, and         )
TRAVELERS INDEMNITY CO.,         )
                                 )
                Defendants.      )
                                 )

A telephone conference was held with counsel this date concerning the court's deadline for submitting the parties' report of planning meeting. Counsel disagreed on whether the planning report should be required to be submitted before the pending motion to dismiss is decided. The court heard the arguments of counsel and made the ruling below.

IT THEREFORE HEREBY IS ORDERED,

Defendant's oral motion for extension of time to file planning report is granted in part, and the report shall be due ten days from this date.

DATED this 29th day of August, 2007.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge